```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 43613
   LORRAINE L EDWARDS
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-0674


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/04/2005 and was confirmed 01/26/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.45%.

      The case was dismissed after confirmation 08/09/2007.
--------------------------------------------------------------------------------
                                                         INTEREST        PRINCIPAL
   CREDITOR NAME              CLASS        CLAIM AMOUNT    PAID            PAID
--------------------------------------------------------------------------------
   MORTGAGE ELECTRONIC REGI CURRENT MORTG       .00          .00             .00
   MORTGAGE ELECTRONIC REGI MORTGAGE ARRE   5670.35          .00         5670.35
   HYUNDAI MOTOR FINANCE CO UNSECURED      14658.33          .00             .00
   RESURGENT CAPITAL SERVIC UNSECURED       1637.27          .00             .00
   CAPITAL ONE              UNSECURED        233.18          .00             .00
   CAPITAL ONE              UNSECURED       3850.49          .00             .00
   NATIONAL CAPITAL MGMT LL SECURED NOT I      .00           .00             .00
   RESURGENT CAPITAL SERVIC UNSECURED       1476.03          .00             .00
   ILLINOIS DEPT OF HUMAN S UNSECURED       3463.49          .00             .00
   *JOYNER LAW OFFICES      DEBTOR ATTY    1,700.00                      1,700.00
   TOM VAUGHN               TRUSTEE                                        405.65
   DEBTOR REFUND            REFUND                                            .00

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                7,776.00

   PRIORITY                                           .00
   SECURED                                       5,670.35
   UNSECURED                                          .00
   ADMINISTRATIVE                                1,700.00
   TRUSTEE COMPENSATION                            405.65
   DEBTOR REFUND                                      .00
                         --------------        --------------
   TOTALS                 7,776.00              7,776.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 43613 LORRAINE L EDWARDS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |